# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>DANIEL INCLAN-LOPEZ,<br>aka: Daniel Inclan Lopez<br>                Defendant. | CASE NO. 16-cr-02601-BAS<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Cocaine (Felony)(1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/17/17

                                            Barbara L. Major
                                            U.S. Magistrate Judge